To the Honorable Judge Mary S. Scriven

I am writing this letter to request leniency for my daughter Christy A. Stanley. She is not a bad person.

She is my lifeline. I am a 100% disabled veteran. Without her I would not be able to care for myself. She cleans, cooks and takes care of my medications. I depend on her to remind me and take me to doctor appointments and do the shopping.

She is a good person, she is always there for her family and friends when they need her, she has always been the caretaker. She raised her brothers because to be honest I was an alcoholic. She had to step up and be the mother, cook and maid.

She is my only daughter; I depend on her so much. Her girls depend on her. I trust her with everything.

She is not a thief she was taken advantage of and was vulnerable. She has accepted her responsibility and she is trying hard to make up for it. She is working, taking care of her family and doing everything she can to try to make it right. I am begging you to not take her away from us as we need her to be able to survive.

I am a father who was not always the best father, we have built a relationship and I am proud of her strength, of her being able to step up and take responsibility for her actions whatever they may have been.

I see the depression and the anxiety and pain she has from all of this. I see the loss of trust she has in people. She was always a trusting caring girl and I hate to see what this has done to her. She is a good person, and I don't believe in my heart she would ever allow herself in a position for anything like this to ever happen again.

Thank you for your time,

*[signature]*

Thomas D. Hayter

For an acknowledgment in a representative capacity:

STATE OF FLORIDA

COUNTY OF Hernando

The foregoing instrument was acknowledged before me this 25th day of February 20 21, by Thomas D. Hayter

Reba P. Wable

(Seal) Signature of Notary Public Print

REBA P. WABLE
Notary Public - State of Florida
Commission # GG 299571
My Comm. Expires Feb 7, 2023
Bonded through National Notary Assn.

Personally known:_____ OR Produced Identification: ✓ _____ Type of Identification
Produced: FL Drivers License

☑ Physically Appeared    ☐ Online Notarization

Janet G. Goebel
7040 Arbor View Lane
New Port Richey, FL 34653

April 14, 2021
Subject: Character Reference Letter

To: The Honorable Jude Scrivens

Your Honour,

I am writing this letter as a character reference for Christy Hayter. My name is Janet Goebel of 7040 Arbor View Lane, New Port Richey, FL 34653. I have been a Manager for a Financial Company for the past 8 years and am a Veteran of the Army.

I have known Christy Hayter of 10838 Midland Bridge Road, Hudson, FL 34667 for the past 20 years. We are not only friends, but I have worked for her and beside her for many of those years.

During the years that Christy Hayter and I worked together I found her to always be professional and ethical toward employees and clients alike. She was always motivated and dedicated to the Companies and fiercely protected the Companies in all aspects of her work performance. We worked for many years together in the Title and Escrow Business as co-workers and as my Manager.

On a personally level Christy Hayter is, in short, a good person. She has always been kind and generous with others and goes out of her way to help others in need. Christy Hayter has a strong sense of duty, which applies to her job, family, and community. She also possesses a great deal of integrity and constantly strives to make sure she is doing the right thing.

In recent years Christy Hayter has gone through many tough times with her family, caring for her ailing father and with numerous heath issues. Her health issues have caused her both physical pain and emotional anxiety, but she continues to persevere and take care of her family.

Thank you for taking the time to read this letter. Kindly consider her situation and character when making your decision.

Yours sincerely,

Janet G. Goebel

Kathy S. Faucett

8422 W. Bradshaw St.

Homosassa, FL 34448

727-326-4390

February 25, 2021

Dear Honorable Judge Mary S. Scriven,

I have known Christy Hayter for over 15 years, she has been my manager, co-worker and best friend. Christy is a very loving, caring, dependable person. As a manager she has always been very detail oriented and knows her job. Christy has always done her job according to the rules, regulations and guidelines. Christy has always had a great work ethic and takes pride in her work. Christy is a great mom and is always there for her family. She has always been her families support system. They depend on her greatly. As a friend, Christy has always been there for me. I can always depend on her in my time of need. I know with all my heart that what she is being charged with is an honest mistake as she would never put her family at risk of not having their mother there.

Thank you for your time,

Sincerely,

*Kat S Fawcett*

Kathy S. Faucett

Notary Public State of Florida
Patricia Wakefield
My Commission GG 178848
Expires 03/20/2022

Sworn to and subscribed before me by means of ( X ) physical presence or ( ) online notarization this 26 day of February, 2021 by Kathy S. Faucett, who is personally known to me or produced _____ as identification.

Signature of Notary
Print name: Patricia Wakefield
Commission Expiration Date:

# EXHIBIT D

February 14, 2021

**Dawn Feldpausch, LCSW**
Licensed Clinical Social Worker|
MyEtherapist LLC| 301 Killinger Avenue | Spring Hill | FL. | 34606

**Tha Law Offices of Charles Fletcher**
8833 Perimeter Park Blvd | STE 104 | Jacksonville | FL | 32216

## To Whom it May Concern:

I'm writing this letter on behalf of Christy Stanley. It's my understanding that she is to report for sentencing March 2021 at the West Virginia Federal Correctional Institution. I am her current therapist and am writing this letter in support of her.

Christy has been meeting with me weekly since the middle of January 2021. She has openly explained to me some of the details of her case. Christy has been diagnosed with Major Depressive Disorder along with other chronic illnesses. Christy is also the main care giver and provider of two minor children in her home as well as a caregiver for her father. She has been able to maintain gainful employment, follow all requirements of the courts and is making regular restitution payments.

I am in favor of an alternative sentencing in the home/community setting for which she would be able to complete without incarceration. Christy has been compliant with all requests from the courts thus far and shows commitment towards completing the court ordered requirements. I believe incarceration would be detrimental not only for Christy, but for her father and two minor children who depend on her for care.

Sincerely,

Dawn Feldpausch, LCSW
Licensed Clinical Social Worker