UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

CHRISTY STANLEY,

    Movant,

v.

UNITED STATES OF AMERICA,

    Respondent.
_____/

Case No. 8:21-cv-1919-MSS-TGW

Crim. Case No. 8:20-cr-48-MSS-TGW

**O R D E R**

    Stanley moves to vacate, set aside, or correct her sentence under 28 U.S.C. § 2255. (Doc. 1) Stanley pled guilty to wire fraud (Doc. 1 at 1–2) and asserts that trial counsel deficiently performed at her sentencing. (Doc. 1 at 4–11) Stanley's motion warrants a response from the United States. Accordingly, the Clerk is **DIRECTED** to send to the United States a copy of the Section 2255 motion (Doc. 1). The United States shall respond to the Section 2255 motion no later than **60 DAYS** from the date of this Order. Stanley may reply no later than **28 DAYS** from the date when the response is filed.

    Stanley waives the attorney-client privilege by asserting an ineffective assistance of counsel claim. *Johnson v. Alabama*, 256 F.3d 1156, 1178 (11th Cir. 2001). The waiver applies to an attorney's work product as well. *Jones v. GDCP Warden*, 753 F.3d 1171, 1191 (11th Cir. 2014). Stanley's trial counsel, Alec Hall, must cooperate with the United States, disclose relevant confidential communications with Stanley, and provide relevant attorney work product and an affidavit.

    For each pleading, exhibit, correspondence, or other paper that Stanley files in the district court, she must mail a copy to the United States and include a certificate of service

1

with the date when the copy was mailed. If Stanley fails to include a certificate of service on a paper filed, the Clerk may reject and return the paper. Also, Stanley must immediately advise the Court if her address changes.

    **DONE AND ORDERED** in Tampa, Florida on August 31, 2021.

_____
MARY S. SCRIVEN
UNITED STATES DISTRICT JUDGE