UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

**CHRISTY STANLEY,**

   Movant,

v.

                                    Case No. 8:21-cv-1919-MSS-TGW

**UNITED STATES OF AMERICA,**
                                    Crim. Case No. 8:20-cr-48-MSS-TGW

   Respondent.
_____/

**O R D E R**

      Stanley moves to vacate, set aside, or correct her sentence under 28 U.S.C. § 2255. (Doc. 1) The United States responds and submits an affidavit by trial counsel which references a psychological evaluation presented on behalf of Stanley at sentencing. (Doc. 5-1 at 6–7) The psychological evaluation does not appear in the record and is relevant to Stanley's claim that trial counsel was ineffective for not presenting character witnesses at sentencing. (Doc. 1 at 4–8) Accordingly, no later than **14 DAYS** from the date of this Order, the United States must file under seal the psychological evaluation. No later than **30 DAYS** after the United States supplements the record, Stanley may reply.

      **DONE AND ORDERED** in Tampa, Florida on May 23, 2022.

_____
MARY S. SCRIVEN
UNITED STATES DISTRICT JUDGE